closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**PAT SUAREZ**,

     Plaintiff,

     vs.

**EVERGREEN CAPITAL ASSETS LP**; and DOES 1 to 10,

     Defendants.

Case No.: **2:26-cv-00771-RGK (MBKx)**

~~**[PROPOSED]**~~ **ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION**

**[17]**

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice with the Court to retain jurisdiction as to settlement up until May 28, 2026.

SO ORDERED.

DATED: 4/28/2026                 _____

R. Gary Klausner,
United States District Judge